## Commonwealth ex rel. *v.* Sesqui-Centennial Exhibition Association.

Argued November 23, 1926.   Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

Appeal, No. 11, May T., 1927, by defendant, from judgment of C. P. Dauphin Co., Commonwealth Docket 1926, No. 61, awarding writ of quo warranto, in case of Commonwealth ex rel. George W. Woodruff, Attorney General, v. Sesqui-Centennial Exhibition Association. Appeal dismissed.

Petition for quo warranto.   Before HARGEST, P. J.

The opinion of the Supreme Court states the facts.

Writ awarded.   Defendant appealed.

*Error assigned,* inter alia, was judgment, quoting record.

*Joseph P. Gaffney* and *Francis Shunk Brown,* for appellant,

*John Robert Jones*, Special Attorney, with him *George W. Woodruff*, Attorney General, for Commonwealth, appellee.

PER CURIAM, June 25, 1927:

As in the preceding case, Taylor et al. v. The Sesqui-Centennial Exhibition Association, the questions of substantive law raised on the present appeal have become moot by force of circumstances there explained.

The appeal is dismissed.